# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2439
_____

PENSACOLA BEACH, LLC,

   Appellant,

   v.

AMERICAN FIDELITY LIFE
INSURANCE COMPANY, et al.,

   Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

February 28, 2018


PER CURIAM.

   DISMISSED. *See Jensen v. Whetstine*, 985 So. 2d 1218, 1220 (Fla. 1st DCA 2008) ("An order is not an appealable partial final order where there is a factual overlap between the pending claims and the claims resolved by the order.").

WETHERELL, ROWE, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert O. Beasley, Phillip A. Pugh, and Dewitt D. Clark of Litvak Beasley Wilson & Ball, LLP, Pensacola, for Appellant.

Linda A. Hoffman and Robert S. Rushing of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for Appellee American Fidelity Life Insurance Company. No appearance for Appellee Pensacola Beach, Inc.